IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADAM RYAN MCALISTER | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00131 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | |
| JAIL AUTHORITY- DUFFIELD, | ) | By: Norman K. Moon |
|  VIRGINIA FACILITY, | ) | United States District Judge |
|     Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that McAlister's 42 U.S.C. § 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

ENTER: This 8th day of April, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE